STATE OF CONNECTICUT *v.* BRIAN E. KICKLIGHTER
(9128)

O'CONNELL, FOTI and LANDAU, Js.

Argued January 17—decision released February 5, 1991

*Nicholas P. Cardwell,* for the appellant (defendant).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *Donald Caldwell,* state's attorney, and *Sandra Tullis,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.